IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-20567-GLT |
| DENISE A. WARNICK, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| DENISE A. WARNICK, | : | |
|     Movant | : | |
| v. | : | Document No. |
| | : | |
| WAL-MART ASSOCIATES, INC., | : | Related to Document No. |
| Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on March 19, 2021, via first class mail postage prepaid:

**Wal-Mart Associates, Inc. 702 S.W. 8th Street, Bentonville, AR 72716**
**Wal-Mart Associates, Inc. PO Box 82, Bentonville, AR 72712**

Executed on:   April 26, 2021

                                                                      s/Amy L. Zema
                                                                      Amy L. Zema, Esquire
                                                                       PA ID 74701
                                                                       2366 Golden Mile Highway, #155
                                                                       Pittsburgh, PA 15239
                                                                       412-744-4450
                                                                       *Attorney for Debtor*