**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 21-20567-GLT | |
| Denise A. Warnick, ) | | |
| ) | Chapter 13 | |
| Debtor. ) | | |
| Denise A. Warnick, ) | | |
| ) | Related to Document No. | |
| Movant, ) | | |
| ) | | |
| v. ) | Hearing Date and Time: | |
| ) | August 18, 2021 at 10:00 a.m. | |
| Select Portfolio Servicing, ) | | |
| ) | | |
| Respondent. ) | | |

**CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the forgoing Motion for Dismissal, Proposed Order, and Notice of Hearing on the following parties at the addresses listed below on June 18, 2021, via electronic mail and/or first-class mail postage prepaid:

Select Portfolio Servicing
PO Box 65450
Salt Lake City, UT 84165

Brian C. Nicholas, Esquire
BNicholas@kmllawgroup.com
KML Law Group, P.C. 701 Market Street, Suite 5000 Philadelphia, PA 19106
Attorney for U.S. Bank

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:   June 18, 2021          By:     /s/Amy L. Zema
                                        Amy L. Zema, Esquire
                                        PA ID 74701
                                        2366 Golden Mile Hwy., #155
                                        Pittsburgh, PA 15239
                                        (412) 744-4450
                                        amy@zemalawoffice.com