**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DENISE A. WARNICK | Case No.:21-20567 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/15/2021 and confirmed on 04/20/2021. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,421.00 |
| Less Refunds to Debtor | 495.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,926.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 305.65 | |
|    Trustee Fee | 125.18 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 430.83 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - INDENTURE TRUSTEE CIM T<br>  Acct: 2750 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - INDENTURE TRUSTEE CIM T<br>  Acct: 2750 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - INDENTURE TRUSTEE CIM T<br>  Acct: 2750 | 64,790.02 | 0.00 | 0.00 | 0.00 |
| \*\*\*NONE\*\*\* | | | | |
| **Priority** | | | | |
| AMY L ZEMA ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENISE A. WARNICK<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENISE A. WARNICK<br>  Acct: | 495.00 | 495.00 | 0.00 | 0.00 |
| AMY L ZEMA ESQ<br>  Acct: | 4,550.00 | 305.65 | 0.00 | 0.00 |
| AMY L ZEMA ESQ<br>  Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |

| 21-20567 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK U | | 1,495.17 | 1,495.17 | 0.00 | 1,495.17 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXT AL | | | | | |
| | | | | | 1,495.17 |
| Unsecured | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| SHIRLEY WARNICK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | ***N O N E*** | | | |

TOTAL PAID TO CREDITORS                                                                                                                                                                1,495.17

TOTAL CLAIMED
PRIORITY                    1,495.17
SECURED                    64,790.02
UNSECURED                       0.00

Date: 09/10/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com